UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                Case No. 10-CR-0163

ARMANDO ADAME-ALVARADO,

        Defendant.

**ORDER**

Counsel for the defendant Armando Adame-Alvarado has requested a postponement of the sentencing and the deadline for filing objections to the PSR. He indicates that he has a planned vacation with his wife and would be unable to meet with his client and an interpreter and go over the presentence report before the time for objections as it currently stands.

Counsel's motion will be granted, if necessary, but at this point it seems premature. Counsel should plan on enjoying his vacation and meeting with his client as soon thereafter as possible. If there are objections or he needs an extension for any other reason, the request will be granted. However, the Court is reluctant to move the sentencing at this time until it becomes clear that it is necessary.

**SO ORDERED** this   22nd   day of August, 2011.

                                               s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge